UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JARBIN ESTUARDO HERNANDEZ DIAZ,
Petitioner,

v.

SIXTO MARRERO, et al.,
Respondents.

Case No.: 26-cv-5952-RSH-MMP

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

On October 19, 2026, petitioner Jarbin Estuardo Hernandez Diaz filed a petition for writ of habeas corpus (the "Petition"). ECF No. 1. On October 23, 2026, the Government filed a return in which it acknowledged that "Petitioner was previously released from immigration custody on parole issued under 8 U.S.C. § 1182(d)(5)," and stated that the Government has "insufficient information regarding termination of that parole, pursuant to 8 C.F.R. § 212.5(e)(2), to provide to the Court." ECF No. 4, at 2. The Government stated that it "acknowledges that this Court's prior decisions will control the result here if the Court adheres to its prior decisions" and accordingly stated that it "does not oppose the petition and defers to the Court on the appropriate relief." *Id.* at 3.

//

//

In light of the Government's non-opposition, the Petition is **GRANTED**. The Court ORDERS that the Government release petitioner Jarbin Estuardo Hernandez Diaz from immigration custody within ***one business day*** of the date of this order, subject to the terms of his previously issued parole. This order does not prevent the Government from imposing or modifying conditions of release, as may be appropriate. To the extent Petitioner seeks attorneys' fees, he must file a noticed motion pursuant to the Civil Local Rules of this district and the undersigned's pretrial civil procedures.

**IT IS SO ORDERED.**

Dated: October 26, 2026

Robert S. Huie

Hon. Robert S. Huie
United States District Judge